FILED

10/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0323

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0323

_____

MUSSELSHELL DITCH COMPANY,

      Plaintiff and Appellee,

  v.

                                                     O R D E R

JD BAR D, LLC, JAMES D. HARRIS and JODY
WACKER,

      Defendants, Counter Claimants,
      and Appellants.

_____

Pursuant to Appellants' motion for an extension to time to file the reply brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellants are granted an extension of time to and including November 18, 2024, to file the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 17 2024